■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WILLIAMS, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on May 17, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan, Asch and Lynch, JJ.

■ PING LEE, Doing Business as YUNG HSING ENTERPRISES, INC., Appellant, v REUBEN SHULSKY et al., Respondents.—Appeal from order, Supreme Court, New York County (Helen Freedman, J.), entered on or about January 30, 1986, unanimously dismissed as nonappealable, without costs and without disbursements. Were we to consider the merits, we would affirm. No opinion. Concur—Kupferman, J. P., Ross, Lynch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER WILLIAMS, Also Known as WALTER PETTICREW, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 13, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Rosenberger and Ellerin, JJ.